# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Opperman, Daniel S. | Bankruptcy Eastern District MI | 05/02/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

111 First Street
Bay City, Michigan 48708

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors Member and Treasurer | Midland Center for the Arts |
| 2. | Board Member | College of Arts and Sciences, Eastern Michigan University |
| 3. | Member | Bankruptcy Appellate Panel |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | The Dow Chemical Company - Salary and Bonus; Severance Benefits |
| 2. 2015 | The Dow Chemical Company - Pension |
| 3. 2015 | Opperman Consulting LLC - Earnings |
| 4. 2015 | Orrick, Herrington & Satcliffle, L.L.P. - Consultant Fees |
| 5. 2015 | Isabella Bank Corporation - Director Fees |
| 6. 2015 | West Wing Writers - Consultant Fees |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 06/11/15 - 06/13/15 | Traverse City, MI | Seminar | Transportation and Lodging |
| 2. | Federal Bar Association | 07/30/15 - 08/01/15 | Crystal Mountain, MI | Seminar | Transportation and Lodging |
| 3. | American Bankruptcy Institute Veteran's Day Consumer Conference | 11/11/15 | Detroit, MI | Seminar | Transportation |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/02/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank Accounts "(H)" | | | | | | | | | |
| 2. First Merit Bank f/k/a Citizens Bank | A | Interest | K | T | | | | | |
| 3. Comerica Bank | A | Interest | L | T | | | | | |
| 4. Dow Chemical Credit Union | B | Interest | M | T | | | | | |
| 5. Members First Credit Union | B | Interest | K | T | | | | | |
| 6. Members First Credit Union | B | Interest | J | T | | | | | |
| 7. Members First Credit Union | B | Interest | | | Redeemed | 12/30/15 | K | A | |
| 8. E-Trade | A | Interest | L | T | | | | | |
| 9. Merrill Lynch | A | Interest | J | T | | | | | |
| 10. Raymond James | A | Interest | J | T | | | | | |
| 11. Isabella Bank | A | Interest | M | T | Buy | 03/30/15 | M | | |
| 12. Certificates of Deposit "(H)" | | | | | | | | | |
| 13. Members First Credit Union | B | Interest | L | T | | | | | |
| 14. Dow Chemical Credit Union | B | Interest | L | T | | | | | |
| 15. Mayville State Bank | A | Interest | L | T | | | | | |
| 16. Municipal Bonds "(H)" | | | | | | | | | |
| 17. FLORIDA ST GO ULT | A | Interest | K | T | Sold<br>(part) | 06/01/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/12/15 | K | | |
| 19. GEORGIA ST GO ULT | B | Interest | | | Sold | 08/12/15 | K | A | |
| 20. LOUISIANA ST GO ULT BONDS | A | Interest | | | Sold | 04/13/15 | K | A | |
| 21. MARYLAND ST GO ULT | B | Interest | L | T | Sold (part) | 04/13/15 | K | A | |
| 22. | | | | | Buy (add'l) | 08/18/15 | K | | |
| 23. MICHIGAN Drinking Wtr. Rev. | A | Interest | | | Sold | 10/01/15 | J | A | |
| 24. Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 25. Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 26. MICHIGAN ST Trunk Line | B | Interest | K | T | | | | | |
| 27. MINNESOTA ST GO ULT | B | Interest | K | T | | | | | |
| 28. NEW JERSEY ST GO ULT | B | Interest | J | T | | | | | |
| 29. NEW MEXICO ST GO ULT | A | Interest | K | T | | | | | |
| 30. OAKLAND CNTY MI | A | Interest | K | T | | | | | |
| 31. OHIO ST GO ULT | B | Interest | | | Sold | 11/01/15 | K | A | |
| 32. OREGON ST GO ULT | B | Interest | K | T | | | | | |
| 33. SAGINAW MI TWP | B | Interest | K | T | | | | | |
| 34. TEXAS ST GO ULT | B | Interest | K | T | Buy (add'l) | 01/26/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Treasury Bills | A | Interest | N | T | | | | | |
| 36. WASHINGTON ST GO ULT | C | Interest | L | T | Sold (part) | 01/01/15 | K | A | |
| 37. | | | | | Sold (part) | 04/13/15 | K | C | |
| 38. | | | | | Buy (add'l) | 08/06/15 | K | | |
| 39. Real Estate "(H)" | | | | | | | | | |
| 40. Farmland, Millington, Michigan Acquired 04/13/89 for $70,000 | | None | L | R | | | | | |
| 41. Life Insurance "(H)" | | | | | | | | | |
| 42. Farm Bureau Life Insurance | A | Interest | K | T | | | | | |
| 43. Stock and Certificates Held as Tenants By Entirety "(H)" | | | | | | | | | |
| 44. ATMOS Energy | A | Dividend | J | T | | | | | |
| 45. BP PLC | A | Dividend | | | Sold | 12/24/15 | J | B | |
| 46. Citizens Communications | A | Dividend | J | T | | | | | |
| 47. Chevron Corporation | B | Dividend | J | T | | | | | |
| 48. CMS Energy | A | Dividend | J | T | | | | | |
| 49. The Dow Chemical Company | D | Dividend | L | T | | | | | |
| 50. Great Plains Energy | A | Interest | J | T | | | | | |
| 51. Highwoods Property | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. News Corp | A | Dividend | J | T | | | | | |
| 53. 20th Century Fox | A | Dividend | J | T | | | | | |
| 54. Northwestern Corp | A | Dividend | J | T | | | | | |
| 55. XCEL Energy | A | Dividend | J | T | | | | | |
| 56. Stocks and Bonds - Broker Account DSO and BLO "(H)" | | | | | | | | | |
| 57. Adams Natural Resources Fund formerly Petroleum & Resources Corp. | A | Dividend | J | T | | | | | |
| 58. Alliance Bernstein Int'l Growth | A | Dividend | K | T | | | | | |
| 59. Ameriprise Insured Money Market | A | Interest | K | T | | | | | |
| 60. Camden Property | A | Dividend | J | T | | | | | |
| 61. Centrus Energy Corp. | | None | J | T | | | | | |
| 62. Equity Commonwealth | A | Dividend | J | T | | | | | |
| 63. Essex Property | A | Dividend | J | T | | | | | |
| 64. First Industrial Realty | A | Dividend | J | T | | | | | |
| 65. Five Star Quality Care Inc. | | None | J | T | | | | | |
| 66. Golden Ocean Group, Ltd. formerly Knightsbridge Shipping | A | Dividend | J | T | | | | | |
| 67. Great Plains Energy | A | Dividend | J | T | | | | | |
| 68. John Hancock Financial | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nordic American Tanker | A | Dividend | J | T | | | | | |
| 70. Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 71. Southern Company | A | Dividend | J | T | | | | | |
| 72. TECO Energy Inc. | A | Dividend | J | T | | | | | |
| 73. Vornado Realty | A | Dividend | J | T | | | | | |
| 74. Urban Edge Properties | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 75. Stocks and Certificates "(H)" | | | | | | | | | |
| 76. The Dow Chemical Company | D | Dividend | M | T | | | | | |
| 77. Van Kampen Municipal Trust | A | Interest | J | T | | | | | |
| 78. Restricted Stock - The Dow Chemical Company | | None | M | T | | | | | |
| 79. Restricted Stock - Isabella Bank Corporation | B | Dividend | K | T | | | | | |
| 80. Stock Options "(H)" | | | | | | | | | |
| 81. The Dow Chemical Company | | None | K | T | | | | | |
| 82. Limited Liability Company Units - SRO "(H)" | | | | | | | | | |
| 83. Opperman Consulting LLC | E | Dividend | L | T | | | | | |
| 84. Rowley Family Properties, LLC | | None | L | W | | | | | |
| 85. Stocks and Bonds - Broker Accounts IRA SRO "(H)" | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Actavis PLC | | None | | | Sold | 04/21/15 | J | D | |
| 87. Acuity Brands, Inc. | A | Dividend | L | T | Buy | 05/01/15 | K | | |
| 88. | | | | | Buy (add'l) | 10/15/15 | K | | |
| 89. Akamai Tech. Inc. | | None | K | T | Sold (part) | 05/14/15 | K | D | |
| 90. Allergan Inc | | None | K | T | Sold (part) | 09/28/15 | K | D | |
| 91. Amazon.com Inc. | | None | L | T | Buy | 10/16/15 | K | | |
| 92. | | | | | Buy (add'l) | 10/27/15 | K | | |
| 93. | | | | | Buy (add'l) | 12/15/15 | K | | |
| 94. American Tower Corp. | B | Dividend | K | T | | | | | |
| 95. A.O. Smith Corp. | A | Dividend | K | T | Buy (add'l) | 01/27/15 | K | | |
| 96. Apple Computer Inc. | A | Dividend | J | T | Sold (part) | 07/22/15 | K | E | |
| 97. Biogen Idec Inc. | | None | | | Buy (add'l) | 02/03/15 | K | | |
| 98. | | | | | Sold (part) | 05/01/15 | K | B | |
| 99. | | | | | Sold | 07/27/15 | K | D | |
| 100. Carter's Inc. | A | Dividend | K | T | | | | | |
| 101. Celgene Corp. | | None | L | T | Sold (part) | 05/08/15 | K | B | |
| 102. Cerner Corp. | | None | K | T | Buy (add'l) | 03/11/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Cooper Companies | | None | | | Sold (part) | 06/16/15 | K | C | |
| 104. | | | | | Sold | 12/15/15 | K | A | |
| 105. Dollar Tree Inc | | None | K | T | | | | | |
| 106. Dow Chemical Co | B | Dividend | L | T | | | | | |
| 107. Edwards Lifesciences | | None | L | T | | | | | |
| 108. Euronet Worldwide | | None | | | Sold (part) | 03/11/15 | K | D | |
| 109. | | | | | Sold | 03/20/15 | K | D | |
| 110. F5 Networks Inc. | | None | | | Sold (part) | 01/27/15 | K | A | |
| 111. | | | | | Sold | 11/13/15 | K | A | |
| 112. Facebook Inc. | | None | L | T | Buy | 05/01/15 | K | | |
| 113. | | | | | Buy (add'l) | 05/14/15 | K | | |
| 114. | | | | | Buy (add'l) | 07/15/15 | K | | |
| 115. Gilead Sciences Inc. | | None | | | Sold (part) | 02/04/15 | J | C | |
| 116. | | | | | Sold | 05/01/15 | K | E | |
| 117. Google Inc C1 a/k/a A/Alphabet Inc. C1 A | | None | L | T | Buy (add'l) | 07/27/15 | K | | |
| 118. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 119. Henry Schein | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Hexcel Corp. | A | Dividend | | | Buy | 05/08/15 | K | | |
| 121. | | | | | Sold | 10/27/15 | K | A | |
| 122. Illumina Inc. | | None | L | T | Sold (part) | 10/15/15 | K | D | |
| 123. iShares S&P 100 | A | Dividend | | | Sold | 03/20/15 | K | C | |
| 124. Omnicell Inc. | | None | K | T | | | | | |
| 125. O'Reilly Automotive Inc | | None | L | T | Sold (part) | 10/09/15 | J | D | |
| 126. RBC Money Market | | None | K | T | | | | | |
| 127. Signature Bank NY | | None | L | T | Buy (add'l) | 05/01/15 | K | | |
| 128. SPS Commerce | | None | K | T | Buy | 03/20/15 | K | | |
| 129. Starbucks | A | Dividend | L | T | Buy (add'l) | 05/01/15 | J | | |
| 130. Stericycle Inc | | None | K | T | | | | | |
| 131. Tractor Supply Co. | A | Dividend | K | T | Buy | 04/23/15 | K | | |
| 132. | | | | | Buy (add'l) | 05/01/15 | K | | |
| 133. The Ultimate Software Group | | None | K | T | Buy | 03/20/15 | K | | |
| 134. | | | | | Buy (add'l) | 10/29/15 | K | | |
| 135. | | | | | Buy (add'l) | 11/13/15 | K | | |
| 136. Ulta Salon | | None | L | T | Buy | 07/09/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/09/15 | K | | |
| 138. VCA Antech Inc. | | None | | | Sold (part) | 05/08/15 | K | B | |
| 139. | | | | | Sold | 07/09/15 | K | D | |
| 140. Verisk Analytics | | None | J | T | Buy | 05/08/15 | K | | |
| 141. | | | | | Buy (add'l) | 05/26/15 | K | | |
| 142. | | | | | Sold (part) | 10/29/15 | K | A | |
| 143. Wright Express Corp. a/k/a WEX Inc. | | None | | | Sold | 08/20/15 | K | B | |
| 144. Stocks and Bonds - Broker Accounts IRA DSO "(H)" | | | | | | | | | |
| 145. Acuity Brands Inc. | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 146. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 147. Akamai Tech Inc. | | None | J | T | Sold (part) | 05/14/15 | J | A | |
| 148. Allergan formerly Actavis | | None | J | T | | | | | |
| 149. ALLERGAN INC. - Bond | A | Interest | | | Sold | 10/26/15 | J | A | |
| 150. Allergan Inc. - Stock | | None | J | T | Sold (part) | 09/28/15 | J | A | |
| 151. Amazon.com Inc. | | None | J | T | Buy | 10/28/15 | J | | |
| 152. | | | | | | | | | |
| 153. American Tower Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  A.O. Smith Corp. | A | Dividend | J | T | Buy | 01/27/15 | J | | |
| 155.  Biogen Inc. | | None | | | Sold (part) | 05/01/15 | J | A | |
| 156. | | | | | Sold | 07/27/15 | J | A | |
| 157.  Carter's Inc. | A | Dividend | J | T | | | | | |
| 158.  Celgene Corp. | | None | J | T | Sold (part) | 05/08/15 | J | A | |
| 159.  Cerner Corp. | | None | J | T | Buy (add'l) | 03/11/15 | J | | |
| 160.  CHEVRON CORP. | A | Dividend | J | T | Buy | 12/18/15 | J | | |
| 161.  Cooper Companies | | None | | | Sold (part) | 06/16/15 | J | A | |
| 162. | | | | | Sold | 12/15/15 | J | A | |
| 163.  Dollar Tree Inc. | | None | J | T | | | | | |
| 164.  Dreyfus Money Market | | None | K | T | | | | | |
| 165.  Edwards Lifesciences | | None | J | T | | | | | |
| 166.  Euronet Worldwide Inc. | | None | | | Sold (part) | 03/11/15 | J | A | |
| 167. | | | | | Sold | 03/20/15 | J | A | |
| 168.  F5 Network | | None | | | Sold (part) | 01/27/15 | J | A | |
| 169. | | | | | Sold | 11/13/15 | J | A | |
| 170.  Facebook Inc. | | None | J | T | Buy | 05/01/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 172. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 173. Gilead Sciences Inc. | | None | | | Sold (part) | 02/04/15 | J | A | |
| 174. | | | | | Sold | 05/01/15 | J | A | |
| 175. Google Inc. Cl a/k/a A/Alphabet Inc. Cl A | | None | J | T | Buy (add'l) | 07/27/15 | J | | |
| 176. Henry Schein | | None | J | T | | | | | |
| 177. Hexcel Corp. | A | Dividend | | | Buy | 05/08/15 | J | | |
| 178. | | | | | Sold | 10/27/15 | J | A | |
| 179. Illumina Inc. | | None | J | T | Sold (part) | 10/15/15 | J | A | |
| 180. INTEL CORP. | A | Interest | J | T | | | | | |
| 181. iShares S&P 100 | A | Dividend | | | Sold | 03/20/15 | J | A | |
| 182. MCDONALD'S CORP. BONDS | A | Interest | J | T | | | | | |
| 183. MCKESSON CORP. | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 184. OCCIDENTAL PETROLEUM | A | Interest | J | T | | | | | |
| 185. Omnicell Inc. | | None | J | T | | | | | |
| 186. O'REILLY AUTOMOTIVE COPR. | A | Dividend | J | T | Buy | 01/29/15 | J | | |
| 187. O'Reilly Automotive Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. PROCTOR & GAMBLE CO. BONDS | A | Interest | | | Sold | 02/15/15 | J | A | |
| 189. SPS Commerce | | None | J | T | Buy | 03/20/15 | J | | |
| 190. Starbucks Corp. | A | Dividend | J | T | Buy (add'l) | 05/01/15 | J | | |
| 191. Stericycle | | None | J | T | | | | | |
| 192. STRYKER COPR. | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 193. Tractor Supply Co. | A | Dividend | J | T | Buy | 04/27/15 | J | | |
| 194. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 195. Ulta Salon | | None | J | T | Buy | 07/09/15 | J | | |
| 196. | | | | | Buy (add'l) | 10/09/15 | J | | |
| 197. The Ultimate Software Group | | None | J | T | Buy | 03/20/15 | J | | |
| 198. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 199. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 200. VCA Antech Inc. | | None | | | Sold (part) | 05/08/15 | J | A | |
| 201. | | | | | Sold | 07/09/15 | J | A | |
| 202. Verisk Analytics | | None | J | T | Buy | 05/08/15 | J | | |
| 203. | | | | | Buy (add'l) | 05/21/15 | J | | |
| 204. | | | | | Sold (part) | 10/29/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. WEYERHAEUSER CO. | A | Dividend | J | T | | | | | |
| 206. Wright Express Corp. a/k/a WEX Inc. | | None | | | Sold | 08/20/15 | J | A | |
| 207. YUM! BRANDS INC. | A | Dividend | | | Sold | 12/11/15 | J | A | |
| 208. Broker Account - DSO and SRO "(H)" | | | | | | | | | |
| 209. Abbott Lab | A | Dividend | K | T | | | | | |
| 210. Accenture LTD Cl A | A | Dividend | K | T | Buy (add'l) | 06/30/15 | K | | |
| 211. Allergan formerly Actavis | | None | K | T | | | | | |
| 212. Allergan | A | Dividend | | | Buy | 10/30/15 | K | | |
| 213. | | | | | Sold (part) | 07/17/15 | K | E | |
| 214. | | | | | Sold | 12/17/15 | K | A | |
| 215. A/Alphabet Inc. C1 A | | None | K | T | Buy | 12/17/15 | J | | |
| 216. Apple Computer Inc. | A | Dividend | K | T | Sold (part) | 07/22/15 | K | E | |
| 217. ARM Hldgs PLC | A | Dividend | K | T | Buy (add'l) | 01/14/15 | J | | |
| 218. | | | | | Sold (part) | 07/01/15 | J | A | |
| 219. Avago Technologies Ltd. | A | Dividend | K | T | Buy | 12/17/15 | K | | |
| 220. Becton Dickinson | A | Dividend | K | T | Buy (add'l) | 03/19/15 | J | | |
| 221. | | | | | Buy (add'l) | 04/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 18 of 38

Name of Person Reporting

Opperman, Daniel S.

Date of Report

05/02/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold (part) | 11/06/15 | K | B | |
| 223. Boeing Co. | A | Dividend | | | Buy (add'l) | 03/06/15 | K | | |
| 224. | | | | | Sold | 04/13/15 | K | A | |
| 225. Canadian Nat'l Railway | A | Dividend | K | T | Sold (part) | 04/27/15 | J | B | |
| 226. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 227. Cerner Corp. | | None | K | T | | | | | |
| 228. Check Point Software | | None | L | T | Sold (part) | 03/06/15 | K | C | |
| 229. | | | | | Sold (part) | 08/10/15 | J | B | |
| 230. Chevron Texaco Corp. | B | Dividend | | | Sold | 09/10/15 | K | A | |
| 231. Cicso Systems Inc. | A | Dividend | | | Buy | 04/09/15 | J | | |
| 232. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 233. | | | | | Sold | 12/17/15 | K | A | |
| 234. Colgate-Palmolive Co. | A | Dividend | | | Buy | 03/06/15 | J | | |
| 235. | | | | | Sold | 12/17/15 | J | A | |
| 236. Comcast Corp | A | Dividend | K | T | Buy | 03/06/15 | K | | |
| 237. Companhia Brasiteira-SP PRF | | None | | | Buy | 04/02/15 | J | | |
| 238. | | | | | Sold | 05/21/15 | J | A | |

1. Income Gain Codes:           A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                  J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes           Q =Appraisal              R =Cost (Real Estate Only) S =Assessment             T =Cash Market
   (See Column C2)              U =Book Value             V =Other                   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Core Labs | A | Dividend | | | Buy | 02/02/15 | J | | |
| 240. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 241. | | | | | Sold | 09/18/15 | K | A | |
| 242. Costco Wholesale | A | Dividend | K | T | | | | | |
| 243. CVS Corp. | A | Dividend | K | T | Sold (part) | 04/13/15 | J | C | |
| 244. Dassault Systems S.A. | A | Dividend | K | T | Buy | 05/14/15 | J | | |
| 245. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 246. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 247. Enterprise Prod | A | Dividend | J | T | | | | | |
| 248. General Dynamics | A | Dividend | K | T | Buy (add'l) | 03/11/15 | J | | |
| 249. Gilead Sciences Inc. | | None | | | Sold (part) | 04/13/15 | J | C | |
| 250. | | | | | Sold | 05/05/15 | K | E | |
| 251. Google Inc. C1 a/k/a A/Alphabet Inc. C1 A | | None | J | T | Sold (part) | 04/13/15 | K | A | |
| 252. Grupo Aeroportuario Cen-ADR | A | Dividend | | | Buy | 06/23/15 | J | | |
| 253. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 254. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 255. | | | | | Sold | 12/17/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  Home Depot Inc. | A | Dividend | K | T | Sold (part) | 04/28/15 | J | B | |
| 257.  Hormel Foods Corp. | A | Dividend | K | T | | | | | |
| 258.  Icici Bank | A | Dividend | | | Sold (part) | 06/24/15 | J | A | |
| 259. | | | | | Sold | 09/10/15 | J | A | |
| 260.  Isabella Bank Corporation | D | Dividend | M | T | | | | | |
| 261.  iShares FTSE/China 25 | A | Dividend | J | T | Sold (part) | 04/10/15 | J | A | |
| 262. | | | | | Sold (part) | 07/08/15 | J | A | |
| 263.  iShares MCSI EAFE | A | Dividend | J | T | Sold (part) | 04/01/15 | M | A | |
| 264. | | | | | Sold (part) | 08/26/15 | J | A | |
| 265.  iShares MSCI Emerging | A | Dividend | | | Buy | 04/02/15 | K | | |
| 266. | | | | | Sold (part) | 06/23/15 | J | A | |
| 267. | | | | | Sold | 09/04/15 | J | A | |
| 268.  iShares MSCI EU Financial | A | Dividend | | | Buy (add'l) | 08/26/15 | J | | |
| 269. | | | | | Sold | 12/17/15 | K | A | |
| 270.  Japan Index | A | Dividend | K | T | Sold (part) | 04/13/15 | J | A | |
| 271. | | | | | Buy (add'l) | 07/01/15 | K | | |
| 272.  Johnson & Johnson | B | Dividend | J | T | Sold (part) | 01/27/15 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 06/15/15 | J | C | |
| 274. Kinder Morgan Inc. | B | Dividend | J | T | Buy | 03/19/15 | J | | |
| 275. Luxottica Group A | A | Dividend | K | T | Buy | 03/10/15 | J | | |
| 276. | | | | | Buy (add'l) | 07/08/15 | J | | |
| 277. Marsh & McLennan | A | Dividend | K | T | | | | | |
| 278. McCormick & Co. | A | Dividend | K | T | Buy | 07/02/15 | K | | |
| 279. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 280. McKesson Corp. | A | Dividend | K | T | Sold (part) | 08/25/15 | K | B | |
| 281. Mead Johnson Nutrition Co. | A | Dividend | | | Sold | 07/27/15 | K | A | |
| 282. Merck & Co. Inc. | A | Dividend | | | Sold | 04/13/15 | K | A | |
| 283. Microsoft Corp. | B | Dividend | K | T | Sold (part) | 03/16/15 | K | A | |
| 284. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 285. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 286. Mondelez International | A | Dividend | J | T | Sold (part) | 04/13/15 | J | A | |
| 287. Nike Inc. | A | Dividend | K | T | Sold (part) | 03/20/15 | K | D | |
| 288. | | | | | Sold (part) | 09/28/15 | K | D | |
| 289. Nippon Tel & Tel ADR | A | Dividend | K | T | Buy | 04/01/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  Novo-Nordisk ADR | A | Dividend | K | T | Sold (part) | 03/06/15 | K | C | |
| 291. | | | | | Sold (part) | 04/13/15 | J | D | |
| 292. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 293.  Novozymes A/S ADR | A | Dividend | K | T | Buy | 06/24/15 | J | | |
| 294. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 295.  Omnicom Group Inc. | A | Dividend | K | T | Sold (part) | 06/30/15 | K | D | |
| 296. | | | | | Buy (add'l) | 12/07/15 | K | | |
| 297.  Oneok Partners LP | B | Dividend | K | T | | | | | |
| 298.  Open Text Corp. | A | Dividend | | | Sold (part) | 03/10/15 | J | A | |
| 299. | | | | | Sold (part) | 04/13/15 | J | A | |
| 300. | | | | | Sold (part) | 04/29/15 | J | C | |
| 301. | | | | | Sold | 05/21/15 | J | C | |
| 302.  Oracle Corp. | A | Dividend | | | Sold | 09/18/15 | J | B | |
| 303.  Pepsico Inc. | A | Dividend | K | T | | | | | |
| 304.  Perrigo Co. | A | Dividend | | | Buy (add'l) | 03/20/15 | K | | |
| 305. | | | | | Sold | 05/15/15 | K | C | |
| 306.  Reins Grp of America | A | Dividend | K | T | Sold (part) | 10/15/15 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 308. Republic Services | A | Dividend | K | T | | | | | |
| 309. Roche Holdings LTD | A | Dividend | K | T | Sold (part) | 01/28/15 | J | A | |
| 310. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 311. Ross Stores | A | Dividend | K | T | Buy (add'l) | 04/09/15 | J | | |
| 312. S&P 500 Trust | A | Dividend | K | T | | | | | |
| 313. Schlumberger Ltd. | A | Dividend | | | Sold | 12/17/15 | J | A | |
| 314. Signet Jewelers LTD | A | Dividend | K | T | Buy | 10/12/15 | K | | |
| 315. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 316. Stryker Corp. | A | Dividend | K | T | | | | | |
| 317. Svenska Cellulosa | A | Dividend | K | T | Buy | 04/02/15 | J | | |
| 318. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 319. Taiwan Semiconductor | A | Dividend | K | T | Sold (part) | 04/13/15 | J | A | |
| 320. | | | | | Sold (part) | 07/08/15 | J | A | |
| 321. Tata Motors Ltd. | A | Dividend | | | Sold (part) | 04/23/15 | J | A | |
| 322. | | | | | Sold (part) | 06/02/15 | J | A | |
| 323. | | | | | Sold | 08/10/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Tata Motor Rights | A | Dividend | | | Buy | 04/13/15 | J | | |
| 325. | | | | | Sold | 04/16/15 | J | A | |
| 326. Teekay Offshore | A | Dividend | J | T | | | | | |
| 327. TELUS Corp. | A | Dividend | | | Buy | 04/02/15 | K | | |
| 328. | | | | | Sold (part) | 11/09/15 | J | A | |
| 329. | | | | | Sold | 12/17/15 | J | A | |
| 330. Toronto-Dominion Bank | A | Dividend | J | T | Sold (part) | 04/13/15 | J | A | |
| 331. Total System Services, Inc. | A | Dividend | K | T | Buy | 06/15/15 | K | | |
| 332. Ulta Salon | | None | J | T | Buy | 07/31/15 | L | | |
| 333. Unilever NV | A | Dividend | K | T | Buy | 01/27/15 | J | | |
| 334. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 335. UnitedHealth Group | A | Dividend | L | T | | | | | |
| 336. Union Pacific Corp. | A | Dividend | J | T | Sold (part) | 06/15/15 | K | C | |
| 337. | | | | | Sold (part) | 07/27/15 | J | B | |
| 338. United Technologies | A | Dividend | | | Buy (add'l) | 03/20/15 | J | | |
| 339. | | | | | Sold | 09/10/15 | K | A | |
| 340. Verizon | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Visa Inc. | A | Dividend | K | T | Buy (add'l) | 07/27/15 | J | | |
| 342. Wal-Mart Stores Inc. | A | Dividend | | | Sold | 10/14/15 | J | A | |
| 343. West Pharmaceutical Services | A | Dividend | K | T | Buy (add'l) | 08/27/15 | J | | |
| 344. Wisconsin Energy | A | Dividend | | | Sold | 04/13/15 | K | B | |
| 345. Wisdom Tree Japan | A | Dividend | K | T | Buy (add'l) | 01/28/15 | J | | |
| 346. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 347. | | | | | Buy (add'l) | 05/21/15 | J | | |
| 348. | | | | | Sold (part) | 08/26/15 | K | A | |
| 349. WPP PLC | A | Dividend | K | T | Buy | 03/31/15 | J | | |
| 350. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 351. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 352. Retirement Funds "(H)" | | | | | | | | | |
| 353. Abbott Labs | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 354. ALPS ETF | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 355. American Mutual Fund Class F2 | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 356. AMG Southernsun U.S. Equity | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 357. Analog Devices | A | Dividend | | | Sold | 08/21/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. AQR Diversified Arbitrage Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 359. AQR Managed Futures Strategy Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 360. Artisan International Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 361. ASG Global Alternatives Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 362. Boston Partners Long/Short Research Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 363. BP Prudhoe | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 364. Bristol Myers | A | Dividend | K | T | | | | | |
| 365. Brown Advisory Growth Equity Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 366. Chesapeake Utils Corporation | A | Dividend | | | Sold | 08/21/15 | K | A | |
| 367. Citadel Broadcasting Corporation | | None | J | T | | | | | |
| 368. Clearbridge Aggressive Growth Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 369. Clearbridge Energy MLP | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 370. CM Finance | A | Dividend | J | T | | | | | |
| 371. Columbia Acorn Emerging Markets | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 372. Consolidated Edison | B | Dividend | | | Sold | 08/21/15 | J | A | |
| 373. Covanta | A | Dividend | | | Sold | 08/21/15 | K | A | |
| 374. Credit Suisse Commodity Return Strategy Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Deutsche Global Real Estate | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 376. DineEquity | A | Dividend | | | Sold | 08/21/15 | K | A | |
| 377. Disney Walt Company Com Disney | A | Dividend | J | T | | | | | |
| 378. Dodge & Cox Income Fund | A | Dividend | J | T | Buy | 08/24/15 | K | | |
| 379. Dominion Res Incorporated | A | Dividend | | | Sold | 08/21/15 | K | A | |
| 380. Dreyfus Treas Prime Cash | A | Dividend | L | T | | | | | |
| 381. Europacific Growth Fund Class F1 | A | Dividend | J | T | Buy | 08/24/15 | K | | |
| 382. Exxon Mobil - IRA | A | Dividend | K | T | | | | | |
| 383. First Trust Health | A | Dividend | | | Sold | 08/21/15 | K | A | |
| 384. Fidus Investment | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 385. Freeport-McMoran | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 386. Gateway Fund Class | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 387. Getty Realty | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 388. Global Sachs Strategic Income Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 389. Gov. Properties Income Trust | B | Dividend | | | Sold | 08/21/15 | J | A | |
| 390. Haynard Health | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 391. Healthcare Rlty Tr Reit | A | Dividend | | | Sold | 08/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Heritage Cash Trust | A | Interest | K | T | | | | | |
| 393. International Paper Co. | A | Dividend | K | T | | | | | |
| 394. Ivy Asset Strategy Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 395. | | | | | Sold (part) | 11/16/15 | J | A | |
| 396. iShares TR Core MSCI EAFE | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 397. iSharse TR Core US AGGBD ET | A | Dividend | J | T | Buy | 08/24/15 | K | | |
| 398. John Hancock Disciplined Value Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 399. John Hancock Global Absolute Return | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 400. Johnson & Johnson | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 401. JPMorgan Certificate of Deposit | | None | K | T | | | | | |
| 402. JPMorgan International Value Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 403. JPMorgan Value Advantage Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 404. Kimberly Clark | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 405. Kinder Morgan | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 406. Knightsbridge Tankers Limited | B | Dividend | J | T | | | | | |
| 407. Lazard Emerging Markets Equity Port | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 408. Lincoln National | A | Dividend | | | Sold | 08/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Linnco LLC | B | Dividend | | | Sold | 08/21/15 | J | A | |
| 410. Loomis Sayles Growth Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 411. Marathon Oil | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 412. Merck & Co. | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 413. Metropolitan West Total Return Bond Fund | A | Dividend | J | T | Buy | 08/24/15 | K | | |
| 414. MFS International Growth Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 415. Nationwide Health Pptys; Merged with Ventas | B | Dividend | | | Sold | 08/21/15 | K | A | |
| 416. Neuberger Berman Long Short Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 417. Nike | A | Dividend | | | Sold | 08/21/15 | K | A | |
| 418. Occidental Petroleum | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 419. Paychex, Inc. | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 420. Petroleum & Res Corporation | A | Dividend | J | T | | | | | |
| 421. Phillips 66 | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 422. Plum Creek Timber Co. | A | Dividend | | | Sold | 08/21/15 | K | A | |
| 423. Prudential High Yield Fund | A | Dividend | J | T | Buy | 08/24/15 | K | | |
| 424. Raymond James Bank Deposit Program | A | Interest | M | T | | | | | |
| 425. Realty Income Corp. | B | Dividend | | | Sold | 08/21/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. S&P 500 Trust | A | Dividend | | | Sold | 08/21/15 | K | A | |
| 427. Ship Finance International | B | Dividend | | | Sold | 08/21/15 | J | A | |
| 428. Southern Company | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 429. SPDR Tech | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 430. Spectra Energy | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 431. St. Jude Medical | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 432. STAG Industrial | A | Dividend | | | Sold | 08/21/15 | K | A | |
| 433. Starbucks | A | Dividend | J | T | | | | | |
| 434. Stryker Corporation | A | Dividend | | | Sold | 08/21/15 | K | A | |
| 435. Teekay Offshore | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 436. Templeton Global Bond Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 437. Tortoise Energy | B | Dividend | | | Sold | 08/21/15 | K | A | |
| 438. T. Rowe Price - Latin America - IRA | A | Dividend | K | T | | | | | |
| 439. T Rowe Price Small Cap Value Fund | A | Dividend | J | T | Buy | 08/24/15 | K | | |
| 440. United Tech | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 441. Vanguard Group - Energy Fund | B | Dividend | K | T | | | | | |
| 442. Vanguard Index Funds S&P 500 | A | Dividend | J | T | Buy | 08/24/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 38

Name of Person Reporting

Opperman, Daniel S.

Date of Report

05/02/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Victory Integrity Small Cap Value Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 444. Victory Trivalent Intl | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 445. Virtus Emerging Markets | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 446. Voya International Real Estate | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 447. Waste Management | A | Dividend | | | Sold | 08/21/15 | K | A | |
| 448. Wells Fargo Advantage Absolute Return Fund | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 449. Wells Fargo Advantage Intl | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 450. Wells Fargo Certificate of Deposit | | None | J | T | | | | | |
| 451. Weyerhauser | A | Dividend | | | Sold | 08/21/15 | J | A | |
| 452. William Blair Macro Allocation Fund | A | Dividend | J | T | Buy | 11/16/15 | J | | |
| 453. Dow Chemical Retirement Health Care Assoc. | | None | J | T | | | | | |
| 454. Dow Chemical Elective Deferral Plan | | None | J | T | | | | | |
| 455. Freeland State Bank - Certificate of Deposit - IRA | A | Dividend | K | T | | | | | |
| 456. YUM, Inc | | None | J | T | | | | | |
| 457. Auto Owners Insurance - Annuity | A | Interest | K | T | | | | | |
| 458. SEP-IRA - SRO "(H)" | | | | | | | | | |
| 459. Acuity Brands Inc. | A | Dividend | J | T | Buy | 05/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 38

Name of Person Reporting

Opperman, Daniel S.

Date of Report

05/02/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 461. Akamai Tech Inc. | | None | J | T | Buy | 04/16/15 | J | | |
| 462. | | | | | Sold (part) | 05/14/15 | J | A | |
| 463. Allergan formerly Actavis | | None | J | T | Buy | 04/16/15 | J | | |
| 464. Allergan | | None | J | T | Sold (part) | 09/28/15 | J | A | |
| 465. Amazon.com Inc. | | None | J | T | Buy | 10/16/15 | J | | |
| 466. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 467. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 468. American Tower Corp. | A | Dividend | J | T | Buy | 04/16/15 | J | | |
| 469. A.O. Smith Corp. | A | Dividend | J | T | Buy | 04/16/15 | J | | |
| 470. Biogen, Inc. | | None | | | Buy | 04/16/15 | J | | |
| 471. | | | | | Sold (part) | 05/19/15 | J | A | |
| 472. | | | | | Sold | 07/27/15 | J | A | |
| 473. BNY Deposit | | None | J | T | | | | | |
| 474. Carter's Inc. | A | Dividend | J | T | Buy | 04/16/15 | J | | |
| 475. Celegene Corp. | | None | J | T | Buy | 04/16/15 | J | | |
| 476. | | | | | Sold (part) | 05/19/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 33 of 38

Name of Person Reporting

**Opperman, Daniel S.**

Date of Report

05/02/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Cerner Corp. | | None | J | T | Buy | 04/16/15 | J | | |
| 478. Cooper Companies | A | Dividend | | | Buy | 04/16/15 | J | | |
| 479. | | | | | Sold (part) | 06/16/15 | J | A | |
| 480. | | | | | Sold | 12/15/15 | J | A | |
| 481. Dollar Tree Inc. | | None | J | T | Buy | 04/16/15 | J | | |
| 482. Edwards Lifesciences | | None | J | T | Buy | 04/16/15 | J | | |
| 483. | | | | | Sold (part) | 05/19/15 | J | A | |
| 484. F5 Networks Inc. | A | Dividend | | | Buy | 04/16/15 | J | | |
| 485. | | | | | Sold (part) | 05/19/15 | J | A | |
| 486. | | | | | Sold | 11/13/15 | J | A | |
| 487. Facebook Inc. | | None | K | T | Buy | 05/01/15 | J | | |
| 488. | | | | | Buy (add'l) | 05/14/15 | J | | |
| 489. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 490. Gilead Sciences Inc. | | None | | | Buy | 04/16/15 | J | | |
| 491. | | | | | Sold | 05/01/15 | J | A | |
| 492. Google Inc. C1 a/k/a A/Alphabet C1 A | | None | K | T | Buy | 04/16/15 | J | | |
| 493. | | | | | Buy (add'l) | 07/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 38

Name of Person Reporting

Opperman, Daniel S.

Date of Report

05/02/2016

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. Health Care Select | A | Dividend | | | Sold | 04/16/15 | J | C | |
| 495. Henry Schein | | None | J | T | Buy | 04/16/15 | J | | |
| 496. Hexcel Corp. | A | Dividend | | | Buy | 05/19/15 | J | | |
| 497. | | | | | Sold | 10/27/15 | J | A | |
| 498. Illumina Inc. | | None | J | T | Buy | 04/16/15 | J | | |
| 499. | | | | | Sold (part) | 10/15/15 | J | A | |
| 500. iShares MSCI Africa ETF | A | Dividend | | | Sold | 04/16/15 | J | A | |
| 501. iShares MSCI EAFE | A | Dividend | | | Sold (part) | 02/10/15 | J | B | |
| 502. | | | | | Sold | 04/16/15 | J | A | |
| 503. iShares MSCI Emerging Mkts | A | Dividend | | | Sold | 04/06/15 | K | A | |
| 504. iShares S&P 500 Growth Index | A | Dividend | | | Sold (part) | 02/27/15 | J | A | |
| 505. | | | | | Sold | 04/16/15 | K | D | |
| 506. iShares S&P 500 Val | A | Dividend | | | Sold | 04/16/15 | J | B | |
| 507. iShares Russell 1000 | A | Dividend | | | Sold | 04/16/15 | K | D | |
| 508. iShares Russell 2000 | A | Dividend | | | Buy (add'l) | 02/27/15 | J | | |
| 509. | | | | | Buy (add'l) | 03/20/15 | J | | |
| 510. | | | | | Sold | 04/16/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 38

Name of Person Reporting

Opperman, Daniel S.

Date of Report

05/02/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. O'Reilly Automotive Inc. | | None | J | T | Buy | 04/16/15 | J | | |
| 512. | | | | | Sold (part) | 10/09/15 | J | A | |
| 513. Omnicell Inc. | | None | J | T | Buy | 04/16/15 | J | | |
| 514. PRA Group Inc. | | None | | | Buy | 04/16/15 | J | | |
| 515. | | | | | Sold | 05/01/15 | J | A | |
| 516. SPS Commerce | | None | J | T | Buy | 04/16/15 | J | | |
| 517. Signature Bank NY | | None | J | T | Buy | 04/16/15 | J | | |
| 518. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 519. Starbucks Corp. | A | Dividend | J | T | Buy | 04/16/15 | J | | |
| 520. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 521. Stericycle Inc. | | None | J | T | Buy | 04/16/15 | J | | |
| 522. The Ultimate Software Group | | None | J | T | Buy | 04/16/15 | J | | |
| 523. | | | | | Buy (add'l) | 10/29/15 | J | | |
| 524. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 525. Tractor Supply Co. | A | Dividend | J | T | Buy | 04/23/15 | J | | |
| 526. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 527. Ulta Salon | | None | J | T | Buy | 07/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 38

Name of Person Reporting

Opperman, Daniel S.

Date of Report

05/02/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 10/09/15 | J | | |
| 529. VCA Antech Inc. | A | Dividend | | | Buy | 04/16/15 | J | | |
| 530. | | | | | Sold | 07/20/15 | J | A | |
| 531. Verisk Analytics | | None | J | T | Buy | 05/19/15 | J | | |
| 532. | | | | | Buy (add'l) | 05/21/15 | J | | |
| 533. | | | | | Sold (part) | 10/29/15 | J | A | |
| 534. WEX Inc. | A | Dividend | | | Buy | 04/16/15 | J | | |
| 535. | | | | | Sold | 08/20/15 | J | A | |
| 536. WisdomTree India Earnings Fund | A | Dividend | | | Sold (part) | 02/07/15 | J | A | |
| 537. | | | | | Sold | 04/16/15 | K | B | |
| 538. Wisdom Tree Europe Hedged Eg Fund | A | Dividend | | | Buy | 02/10/15 | J | | |
| 539. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 540. | | | | | Sold | 04/16/15 | J | B | |
| 541. Wisdom Tree Japan | A | Dividend | | | Sold | 04/16/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Opperman, Daniel S. | 05/02/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Opperman, Daniel S. | 05/02/2016 |

Opperman, Daniel S.

05/02/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Daniel S. Opperman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544